UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINESTRAL TECHNOLOGIES INC,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>FILASER INC,<br><br>　　　　　Defendant(s).<br>_____/ | No. C-14-03005 DMR<br><br>**ORDER VACATING DEADLINES IN CASE MANAGEMENT ORDER AND CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　Plaintiff filed a motion for administrative relief to reset the case management dates. [Docket No. 13.] As Defendant has not yet made an appearance, there is no reason for the court to anticipate a response to the administrative motion pursuant to Civil Local Rule 7-11. Therefore, the court rules as follows: Plaintiff (or the parties, if Defendant has appeared) shall file a brief report by **October 24, 2014** providing an update on the status, but not content, of the settlement negotiations. The deadlines set forth in the case management order [Docket No. 6] are vacated.

　　　　The court adopts the schedule proposed by Plaintiff as follows:

- Plaintiff shall serve the Complaint on or before **October 28, 2014**.

- Plaintiff and Defendant have agreed that Defendant must respond to the Complaint by **December 27, 2014**.

- The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; the last day to file an ADR Certification; and the last day to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be **January 7, 2015.**

- The last day to file the Rule 26(f) Report, complete initial disclosures or state objections to the Rule 26(f) Report shall be **January 21, 2015.**

- The Initial Case Management Conference shall be held on **January 28, 2015 at 1:30 p.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **January 21, 2015.**

IT IS SO ORDERED.

Dated: September 17, 2014

DONNA M. RYU
United States Magistrate Judge

2