SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KINESTRAL TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FILASER, INC., a Canadian corporation registered to do business in Oregon,<br><br>Defendant. | Case No. 4:14-CV-03005-DMR<br><br>ORDER |

### ORDER

The Court, having reviewed the Stipulation re Briefing Schedule for Defendant Filaser, Inc.'s Reply in Support of Fed.R.Civ.Pro. 12(b)(6) Motion and Alternative Motions to Make More Definite and Certain and/or Strike Motion (hereinafter "Stipulation"), filings and docket herein, and duly considered the Stipulation as presented to the Court,

IT IS HEREBY ORDERED:

The Stipulation

\_\_\_\_\_**x**\_\_\_\_\_ is GRANTED

_____ is DENIED.

Defendant's Reply Brief in Support of Plaintiff's Fed.R.Civ.Pro. 12(b)(6) Motion and Alternative Motions to Make More Definite and Certain and/or Strike shall be field with the Court on February 2, 2015.

IT IS SO ORDERED.

DATED: _____    _____

Honorable, Donna M. Ryu

United States District/Magistrate Judge

ORDER