UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINESTRAL TECHNOLOGIES INC,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>FILASER INC,<br><br>　　　　Defendant(s).<br>_____/ | No. C-14-03005 DMR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND HEARING DATE;**<br>**ORDER FOR STATUS REPORT** |

The court has received the parties' joint stipulation to continue and/or stay hearings and appearances in this matter. Docket No. 34. The hearing and case management conference previously scheduled for February 26, 2015 is hereby **vacated.** The parties shall file a joint status report by **March 18, 2015**.

IT IS SO ORDERED.

Dated: February 3, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge