UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINESTRAL TECHNOLOGIES, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>FILASER, INC., <br><br>    Defendant. | Case No. 14-cv-03005-DMR <br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** <br><br>Re: Dkt. No. 39 |

The court is in receipt of the parties' joint status report, in which the parties state their belief that they are nearing a final settlement agreement and request the court continue the stay of proceedings. [Docket No. 39.]

Unless the parties file a dismissal before June 3, 2015, the parties shall appear for a Case Management Conference on **June 3, 2015 at 1:30 p.m.** in the United States District Court, 1301 Clay Street, Oakland, California 94612. A joint Case Management Statement is due no later than **May 27, 2015.**

**IT IS SO ORDERED.**

Dated: May 4, 2015

_____
Donna M. Ryu
United States Magistrate Judge