UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINESTRAL TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FILASER, INC.,<br><br>Defendant. | Case No.  14-cv-03005-DMR<br><br>**ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 41 |

You are hereby notified that the Case Management Conference currently set for June 3, 2015 at 1:30 p.m. has been continued to **June 25, 2015 at 11:00 a.m.** before Magistrate Judge Donna M. Ryu in the United States District Court, 1301 Clay Street, Oakland, CA 94612. The joint case management conference statement is due on **June 18, 2015**.

The hearing on Defendant's motion to withdraw [Docket No. 41] is also continued to **June 25, 2015 at 11:00 a.m.**

Dated: May 12, 2015

_____
DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE