UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINESTRAL TECHNOLOGIES, INC.,<br>　　　　　Plaintiff,<br>　　v.<br>FILASER, INC.,<br>　　　　　Defendant. | Case No. 14-cv-03005-DMR<br><br>**ORDER DISMISSING CASE** |

Plaintiff has filed a voluntary dismissal with prejudice pursuant to a confidential settlement agreement between the parties. [Docket No. 43.] The case is **dismissed.**

**IT IS SO ORDERED.**

Dated: May 22, 2015

_____
Donna M. Ryu
United States Magistrate Judge